

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -4  A 11: 35

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MACLE PARKER | * | CIVIL ACTION |
| VERSUS | * | NO: 04-3493 |
| JAMES MILLER, WARDEN, WCI | * | SECTION: "B"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that petitioner's application for habeas corpus relief pursuant to Title 28, United States Code, Section 2254, is hereby **DENIED WITH PREJUDICE as untimely**.

New Orleans, Louisiana, this ___3rd___ day of ___January___, 2006.

_____
UNITED STATES DISTRICT JUDGE